

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALFRED SCOTT,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>J.R. SUBIA, Warden,<br><br>　　　　　　Respondent. | Case No. CV 07-5244-DSF (JWJ)<br><br>ORDER ADOPTING<br>REPORT AND<br>RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy

2 of this Order and the Judgment of this date on petitioner.

3

4 DATED:    3 - 14 · 08

5

6

7    _____

8    DALE S. FISCHER
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28